IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS BUTCHER,<br><br>            Plaintiff,<br><br>v.<br><br>GENERAL MOTORS COMPANY;<br>GENERAL MOTORS, LLC;<br>VAUXHALL, INC.,<br>            Defendants. | Civil Action No. 2:14-cv-00353<br><br>Judge Mark R. Hornak |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| THOMAS BUTCHER,<br><br>            Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE CO.,<br><br>            Defendant. | Civil Action No. 2:14-cv-01652<br><br>Judge Mark R. Hornak |

## ORDER

AND NOW, this 27th day of February, 2015, for the reasons set forth in the Court's Opinion of this date and for the reasons stated on the record in open court at the hearing on February 24, 2015, it is ORDERED as follows:

    1. Defendant General Motors Company's Motion to Dismiss for Lack of Personal Jurisdiction [ECF Nos. 4; 37; and 66] is GRANTED, and all claims against it are dismissed without prejudice;

2. Defendant General Motors LLC's Motion to Dismiss for Failure to State a Claim (or, in the alternative, Motion for Summary Judgment) [ECF Nos. 38 & 68] is GRANTED, and all claims against it are dismissed with prejudice;

3. Allstate Insurance Company's Motion to Dismiss for Failure to State a Claim [ECF No. 10] is GRANTED, and all claims against it are dismissed with prejudice.

The Case is to be marked closed.

Mark R. Hornak
United States District Judge

Dated: February 27, 2015

cc: Counsel of record.